USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY LOPEZ,

                Plaintiff,

-against-

NEUTRON HOLDINGS INC. D/B/A LIME,

                Defendant.

24 Civ. 1923 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On March 14, 2024, Defendant, Neutron Holdings Inc. D/B/A Lime, filed a notice of removal from the Supreme Court of New York, Bronx County. ECF No. 1.

    Accordingly, by **April 1, 2024**, Plaintiff shall appear in this action and advise the Court whether she intends to contest removal. Defendant shall serve this order on Plaintiff and file proof of service on the docket by **March 25, 2024**.

    SO ORDERED.

Dated: March 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge