UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY LOPEZ,

                               Plaintiff,                     **24 Civ. No. 1923 (AT) (GS)**

       -against-

                                                                 **VIDEO CONFERENCE ORDER**

NEUTRON HOLDINGS INC. d/b/a
Lime,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Tuesday, November 12, 2024 at 10:00 a.m.** to discuss Defendant's pending pre-motion letter. (Dkt. No. 15). Plaintiff shall submit a response to Defendant's letter by no later than no later than **Monday, November 11, 2024.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [287 808 185 312] Passcode: [XnBMPq]**

      SO ORDERED.

DATED:    New York, New York
                 November 7, 2024

                                                                                 */s/ Gary Stein*
                                                             _____
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge