UNITED STATES DISTRICT COURT
IN THE SOUTHERN DIVISION

| | |
|---|---|
| NANCY LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NEUTRON HOLDINGS INC. D/B/A LIME,<br><br>        Defendant. | Civil Action No. 1:24-CV-01923-AT<br><br>**ORDER**<br><br>~~Revised Civil Case Management Plan and Scheduling Order~~<br><br>The deadlines in the existing Case Management Plan and Scheduling Order (Dkt. No. 13) are hereby extended as set forth in this Order. For the avoidance of doubt, the Case Management Plan and Scheduling Order otherwise remains operative. |

GARY STEIN, United States Magistrate Judge:

    Following a virtual conference held on Tuesday, November 12, 2024, and in accordance with Rule 26 of the Fed. R. Civ. P.

1. Fact discovery is hereby extended until February 12, 2025;

2. Depositions are to be completed by January 29, 2025;

3. Requests to Admit are to be served by November 27, 2024;

4. Expert Discovery is to be completed by March 12, 2025;

5. A Status Conference is to be held on February 4, 2025 at 10:00 AM as per ECF Document No. 19.

SO ORDERED

Dated: New York, New York
       December  4 , 2024

_____
GARY STEIN
United States Magistrate Judge