UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY LOPEZ,  :
 :   24 Civ. 1923 (AT) (GS)
 :
 Plaintiff,  :   ORDER
 :
 - against -  :
 :
NEUTRON HOLDINGS INC. d/b/a LIME,  :
 :
 Defendant.  :
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The Court conducted a status conference yesterday, at which it addressed, among other issues, the discovery disputes raised by Plaintiff's counsel in his letter of January 17, 2025. (Dkt. No. 24). For the reasons stated on the record during the conference, it is hereby **ORDERED** that:

1. Defendant shall produce maintenance/repair records for the scooter involved in the accident at issue from the time the scooter went "live" (Defendant's counsel will confirm whether this was on August 17, 2021 or sometime thereafter) up through December 31, 2022.

2. Defendant shall produce similar claims (both prior to and after Plaintiff's accident) arising from braking issues involving scooters of the same make, model, and year of the scooter in question.

3. Plaintiff has also requested similar claims arising from acceleration issues involving scooters of the same make, model, and year. Defendant opposes this request. The parties shall submit a joint letter by no later than

    **Tuesday, February 11, 2025** containing their respective positions on this issue and attaching relevant excerpts of Plaintiff's deposition testimony.

4. Defendant shall be entitled to serve up to five interrogatories to clarify the nature of Plaintiff's negligence and product defect claims.

5. The parties shall meet and confer with regard to other potential discovery issues referenced by Plaintiff's counsel during the conference (but not included in his January 17, 2025 letter) and, after doing so, promptly advise the Court if there are any issues requiring judicial resolution.

6. Good cause appearing therefor, the discovery deadlines shall be extended. The parties shall meet and confer as to how much additional time is needed and shall include a proposal (or, if they cannot agree, their respective proposals) for extension of the discovery deadlines in their letter of **February 11, 2025**.

    **SO ORDERED.**

DATED:   New York, New York
             February 5, 2025

                                                           _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge