UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY LOPEZ,

                            Plaintiffs,             **24 Civ. No. 1923 (AT) (GS)**

      -against-

NEUTRON HOLDINGS INC.,             **VIDEO CONFERENCE ORDER**

                            Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Conference on **Wednesday, September 3, 2025 at 3:00 p.m.** to discuss Plaintiff's motion for an extension of time to complete fact discovery (Dkt. No. 35) as well as the parties' progress in the discovery process. Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. **[Meeting ID: 266 352 776 742 8] [Passcode: z8JT2rS9]**.

    SO ORDERED.

DATED:    New York, New York
              August 26, 2025

                                                                        _____
                                                                        The Honorable Gary Stein
                                                                        United States Magistrate Judge