**MEMO ENDORSED**

# RASKIN & KREMINS, L.L.P.

ATTORNEYS AT LAW
160 BROADWAY
NEW YORK, NEW YORK   10038
TEL: (212) 587-3434

CONVENIENT BRONX OFFICE
BY APPOINTMENT ONLY

FAX: (212) 608-1659
E-MAIL: raskinkremins@gmail.com

September 2, 2025

VIA SDNY ECF
Hon. Magistrate Judge Gary Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The Video Conference scheduled for Wednesday, September 3, 2025 at 3:00 p.m. is hereby adjourned to Friday, September 12, 2025 at 3:00 p.m. The parties are directed to use the Microsoft Teams information listed in Order filed on August 26, 2025 (Dkt. No. 37).
>
> Date:   September 2, 2025
>         New York, NY
>
> SO ORDERED:
> /s/ Gary Stein
> HON. GARY STEIN
> UNITED STATES MAGISTRATE JUDGE

Re:   Nancy Lopez v. Neutron Holdings Inc. d/b/a Lime
      Index: 1:24-cv-01923 (AT)

Dear Honorable Judge:

    We represent plaintiff Lopez in the above-entitled action. This lawsuit stems from an incident which occurred when plaintiff was operating a scooter owned and maintained by defendant.

    The purpose of this letter is to seek a short adjournment of tomorrow's conference due to a long-standing appointment the undersigned has at Mt. Sinai Hospital at 2:20 p.m. for a significant medical condition. The undersigned attempted to reschedule with the doctor's office, but the first availability was January 5, 2026 which was not recommended. As an aside, the undersigned apologizes to the Court for this late request as he mistakenly thought the above appointment was this Thursday.

    Thank you for your consideration.

Respectfully submitted,

Michael F. Kremins