# RASKIN & KREMINS, L.L.P.

**ATTORNEYS AT LAW**
**160 BROADWAY**
**NEW YORK, NEW YORK   10038**
**TEL: (212) 587-3434**

CONVENIENT BRONX OFFICE
BY APPOINTMENT ONLY

FAX : (212) 608-1659
E-MAIL : raskinkremins@gmail.com

January 20, 2026

**MEMO ENDORSED**

VIA SDNY ECF
Hon. Magistrate Judge Gary Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     Nancy Lopez v. Neutron Holdings Inc. d/b/a Lime
      Index: 1:24-cv-01923 (AT)

Dear Honorable Judge:

This firm represents plaintiff in the above-entitled action.   Please accept this letter as our response to defense counsel Zisser's letter of January 13, 2026.   We agree that discovery remains outstanding and a discovery extension is necessary and join with defense counsel to extend fact discovery.   However, that is where we diverge.

It is said that the best defense is a good offense and that is what Mr. Zisser attempts by way of his letter.   In forty-five years of practice, the undersigned has never communicated to any Court that opposing counsel was not prepared and/or was not familiar with the file.   It is clear to the undersigned why Mr. Zisser attempts to personally attack and smear this attorney's reputation.   It is due to the fact that defendant Neutron and their handling attorney Mr. Zisser. have by and large, missed every discovery deadline as set forth by the Court in this litigation using one excuse after another.

From the outset, defense counsel has served incomplete and objectionable responses. Some of these responses were in code and not decipherable.   In fact, when defendant finally produced a 30(b)(6) witness for deposition, Mr. Yasay was unable to testify with regard to having any knowledge with regard to some of the documents produced and/or how to interpret them.

A recent example of Zisser's conduct is exemplified by a deficiency letter sent by this office on December 23, 2025, which Zisser had requested.   After sending Zisser multiple emails requesting a response and that we meet and confer as soon as possible, he finally responded on January 8, 2026, some sixteen days later stating that he never saw any such letter and ridiculously blamed the undersigned for not copying his associate.   It was at that time, the undersigned advised defense counsel that he would not join in his request to consent to an adjournment of expert discovery, as his firm had waived such discovery which deadline had passed on January 16, 2026.

Lastly, the undersigned respectfully requests a short adjournment of the in-person conference scheduled by the Court, as he is presently out of town and not expected back in New York until the first week in February. As an aside, the undersigned believes that it would be helpful if defense counsel responds to the aforementioned December 23, 2025 deficiency letter, prior to this conference, so that we may crystallize these issues.

Thank you for your consideration of the above.

Respectfully submitted,

Michael F. Kremins

Application granted. The status conference scheduled for Tuesday, January 27, 2026 at 10:00 a.m. is hereby adjourned to Friday, February 6, 2026 at 10:00 a.m. in Courtroom 9A, 500 Pearl Street, New York, NY 10007. SO ORDERED.

Date:   January 23, 2026

Gary Stein
United States Magistate Judge
Southern District of New York